IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF ARKANSAS
FAYETTEVILLE DIVISION

**GARLAND D. MURPHY, III, M.D. and**  **PLAINTIFFS**
**PHYLLIS MURPHY, Individually and on**
**behalf of all others similarly situated**

v.   No.  5:17-CV-5035 TLB

**GOSPEL FOR ASIA, INC.,**  **DEFENDANTS**
**GOSPEL FOR ASIA-INTERNATIONAL,**
**K.P. YOHANNAN, GISELA PUNNOSE,**
**DANIEL PUNNOSE, DAVID CARROLL,**
**and PAT EMERICK**

## DEFENDANTS' RULE 7.1 DISCLOSURE STATEMENT

Pursuant to Fed. R. Civ. P. 7.1, defendants Gospel For Asia, Inc. and Gospel For Asia-International state that:

1. Defendant Gospel For Asia, Inc. is a non-profit 501(c)(3) organization.

2. There is no parent corporation of Gospel For Asia, Inc., and no publicly held corporation owns 10% or more of the stock or interests of Gospel For Asia, Inc.

3. Gospel For Asia–International does not currently exist.

DATED: March 22, 2017.

                                          SHULTS & BROWN, LLP
                                        200 West Capitol Avenue, Suite 1600
                                        Little Rock, AR  72201-3637
                                        (501) 375-2301

                                        By  /s/ Steven Shults
                                           Steven Shults
                                           sshults@shultslaw.com
                                         John T. Adams
                                         jadams@shultslaw.com

Harriet E. Miers
hmiers@lockelord.com
Robert T. Mowrey
rmowrey@lockelord.com
Paul F. Schuster
pschuster@lockelord.com
Cynthia K. Timms
ctimms@lockelord.com

LOCKE LORD LLP
2200 Ross Avenue, Suite 2800
Dallas, Texas 75201-6776
(214) 740-8000

*Attorneys for Defendants*

## CERTIFICATE OF SERVICE

    I certify that, on March 22, 2017, I electronically filed Defendants' Rule 7.1 Disclosure Statement with the Clerk of the Court using the CM/ECF system, which shall send notification of such filing to all counsel of record.

                                      /s/   Steven Shults_____
                                      Steven Shults