IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF ARKANSAS
FAYETTEVILLE DIVISION

**GARLAND D. MURPHY, III, M.D. and**            **PLAINTIFFS**
**PHYLLIS MURPHY, Individually and on**
**behalf of all others similarly situated**

       v.            No.  5:17-CV-5035 TLB

**GOSPEL FOR ASIA, INC.,**            **DEFENDANTS**
**GOSPEL FOR ASIA-INTERNATIONAL,**
**K.P. YOHANNAN, GISELA PUNNOSE,**
**DANIEL PUNNOSE, DAVID CARROLL,**
**and PAT EMERICK**

## MOTION FOR ENTRY OF AGREED PROTECTIVE ORDER

Defendants[1] move the Court for entry of the proposed protective order submitted with this motion, to which the parties have agreed.  In support of their motion, defendants state that:

1. The parties anticipate producing and receiving private, proprietary, confidential, and other sensitive information in this case.

2. In order to protect the confidentiality of that information, they have agreed to entry of the proposed protective order submitted with this motion.

3. The agreed protective order includes, in paragraph 11, the language required by the Court's policy on filing protective orders and sealed documents.

4. The proposed protective order will facilitate the exchange of information and the litigation of this case.

WHEREFORE, defendants pray that the Court grant this motion and enter the proposed agreed protective order submitted with this motion.

---

[1] Gospel for Asia-International does not currently exist.

DATED:  April 27, 2017.

                    SHULTS & BROWN, LLP
                    200 West Capitol Avenue, Suite 1600
                    Little Rock, AR 72201-3637
                    Telephone:  (501) 375-2301
                    Facsimile:  (501) 375-6861

By:  /s/  Steven Shults_____
      Steven Shults, Ark. Bar No. 78139
      sshults@shultslaw.com

      John T. Adams, Ark. Bar No. 2005014
      jadams@shultslaw.com

LOCKE LORD LLP
2200 Ross Avenue, Suite 2800
Dallas, Texas  75201-6776
Telephone:  (214) 740-8000
Facsimile:  (214) 740-8800

      Harriet E. Miers  (admitted *pro hac vice*)
      TX State Bar No. 00000067
      hmiers@lockelord.com

      Robert T. Mowrey  (admitted *pro hac vice*)
      TX State Bar No. 14607500
      rmowrey@lockelord.com

      Paul F. Schuster  (admitted *pro hac vice*)
      TX State Bar No. 00784931
      pschuster@lockelord.com

      Cynthia K. Timms  (admitted *pro hac vice*)
      TX State Bar No. 11161450
      ctimms@lockelord.com

*Attorneys for Defendants*

## CERTIFICATE OF SERVICE

     I certify that, on April 27, 2017, I electronically filed this Motion for Agreed Protective Order with the Clerk of the Court using the CM/ECF system, which shall send notification of such filing to all counsel of record.

                    /s/ _ Steven Shults_____
                    Steven Shults