United States District Court
Western District of Arkansas
Fayetteville Division

| | |
|---|---|
| Garland D. Murphy, III, M.D., and Phyllis Murphy, individually and on behalf of all others similarly situated,<br><br>    Plaintiffs,<br><br>v.<br><br>Gospel for Asia, Inc., Gospel for Asia-International, K.P. Yohannan, Gisela Punnose, Daniel Punnose, David Carroll, and Pat Emerick,<br><br>    Defendants. | Case no. **5:17-CV-5035 TLB** |

# Plaintiffs' Brief in Support
# of Appointment of Special Master

Pursuant to the Court's June 4, 2018 Memorandum Opinion and Order [Doc. 125], Plaintiffs respectfully submit the following brief proposing the scope of the Special Master's duties and recommending three particular candidates to serve as Special Master.

**Proposed scope of the Special Master's duties**

As of March 15, 2018 (the date of their last production), Defendants have produced 1,178,464 pages[1] of documents to Plaintiffs, all of which are contained within a database maintained by a third-party contractor hired by Plaintiffs' counsel. Plaintiffs

---

[1] There are actually tens of thousands of additional pages – some native files (e.g. spreadsheets) have a single Bates number and often contain many pages.

1

propose that the Special Master be given access to the database to review these documents, listed by Bates range in the following chart:

| Bates range | Doc. Count | Page Count |
|---|---|---|
| BCI00000001 – BCI00018597 | 2473 | 18597 |
| BCI00018598 – BCI00019482 | 85 | 885 |
| BCI00019483 – BCI00020102 | 620 | 620 |
| BCI00020103 – BCI00020851 | 749 | 749 |
| BCI00020852 – BCI00021876 | 116 | 1025 |
| BCI00021877 – BCI00044291 | 2910 | 22415 |
| BCI00044292 – BCI00044604 | 313 | 313 |
| BCI00044605 – BCI00046009 | 683 | 1405 |
| BCI00046010 – BCI00056153 | 113 | 10144 |
| BCI00056154 – BCI00056177 | 24 | 24 |
| BCI00056178 – BCI00056265 | 12 | 88 |
| BCI00056266 – BCI00056266 | 1 | 1 |
| BCI00056267 – BCI00057101 | 326 | 835 |
| GFA0000001 – GFA022883 | 9346 | 22883 |
| GFA0022884 – GFA0027727 | 737 | 4844 |
| GFA0027728 – GFA0027937 | 61 | 210 |
| GFA0027938 – GFA0042413 | 2608 | 14476 |
| GFA0042415 – GFA0047736 | 1260 | 5322 |
| GFA0047737 – GFA0048281 | 27 | 545 |
| GFA0048282 – GFA0048512 | 31 | 231 |
| GFA0048513 – GFA0139231 | 69668 | 90719 |
| GFA0139232 – GFA0472916 | 100006 | 333685 |
| GFA0472917 – GFA0706308 | 100001 | 233392 |
| GFA0706309 – GFA0953064 | 100006 | 246756 |
| GFA0953065 – GFA1117672 | 68615 | 164608 |
| GFA1117673 – GFA1119521 | 16 | 1849 |
| GFA1119522 – GFA1119529 | 8 | 8 |
| GFA1119530 – GFA1120801 | 323 | 1272 |
| GFA1120802 – GFA1121064 | 7 | 263 |

| GFAIns000001 – GFAIns000303 | 5 | 303 |
| **Total page count:** | | **1,178,464** |

After this review, Plaintiffs propose that the Special Master prepare a report addressing the questions below:

1. Have Defendants produced Sufficient Appropriate Evidence[2] showing that the $376,701,077 in donor-designated contributions for Project Codes 1000-4900 was spent as designated according the Project Descriptions listed on Exhibit A hereto? If so, how much of that amount was spent as designated for each Project Code?

2. Were the 1,178,464 pages of documents produced by Defendants largely void of Sufficient Appropriate Evidence?

3. Would you consider Defendants' production of the 1,178,464 pages of documents insufficient to enable the determination of whether donor-designated contributions for Project Codes 1000-4900 were spent as designated? Do you believe this production was intended, at least in part, to cause Plaintiffs' counsel unnecessary time and expense to review?

4. Did Defendants produce documents among the 1,178,464 pages that were fabricated for purposes of this litigation, or that contain inaccurate, misleading, or

---

[2] As used in the questions, "Sufficient Appropriate Evidence" shall mean documentary evidence showing the date, place, amount, and/or nature of expense, in the form of receipts, invoices, cash register tapes, contracts, or real estate closing statements, issued by independent external sources, along with the corresponding bank statements, canceled checks, and/or other documents that identify the payee, amount, and proof of payment/electronic funds transferred, that corroborate the expenditure. (Sources: AICPA AU-C Section 500 Audit Evidence https://www.aicpa.org/Research/Standards/AuditAttest/DownloadableDocuments/AU-C-00500.pdf; IRS Recordkeeping Guide https://www.irs.gov/businesses/small-businesses-self-employed/what-kind-of-records-should-i-keep (accessed June 7, 2018)). Plaintiffs are in no way suggesting that Section 500 governs in this case; rather, the defined term "Specific Appropriate Evidence" seems particularly relevant to the scope of the Special Master's assignment.

unverifiable information designed to convey the false impression that donor designations were fulfilled?

Plaintiffs propose the Special Master target completion of the report within 2 months, and that the review be limited to the universe of 1,178,464 pages of documents produced by Defendants to date.

Plaintiffs agree with the Court's proposal to authorize the Special Master to employ a forensic accountant if necessary. Plaintiffs further suggest authorization of independent contractors (e.g., contract lawyers or document examiners), if necessary, to assist in the review. In the interests of efficiency, Plaintiffs further propose that the Court authorize the Special Master to communicate ex parte with the Court and the parties.

**Recommendations of particular candidates**

Plaintiffs respectfully suggest the appointment of any of the four following candidates:[3]

---

[3] The biographical information listed for all candidates is taken directly from their own websites, the addresses of which are listed next to each candidate's name.

1. **Samuel Ledbetter:** https://www.mcmathlaw.com/our-attorneys/samuel-e-ledbetter



**Areas of Special Interest**

Environmental Law, including litigation in state and federal courts and appearing before state and federal regulatory agencies. Representation of individuals, businesses, state and local government and environmental groups in a variety of matters including toxic tort cases, pollution related property damage cases, cost recovery actions, and administrative permitting and enforcement actions. Civil Litigation, including personal injury, general civil litigation, consumer protection and class actions in state and federal courts.

**Professional**

- Partner, McMath Woods P.A., 1998-present
- Partner, Nichols, Wolff, Ledbetter & Campbell, 1990-1997
- Law Clerk for the late Judge Jim Cooper of the Arkansas Court of Appeals, 1983-1985
- Arkansas Trial Lawyers Association
- American Association for Justice
- Pulaski County Bar Association
- Arkansas Bar Association-Environmental Law Section (Chair 1999-2000)
- American Bar Association- Sections on Litigation and Natural Resources, Energy and Environmental Law
- Admitted to the Arkansas Bar (1983); Eastern and Western Districts of Arkansas; U.S. Eighth Circuit Court of Appeals
- Member, Arkansas Supreme Court Committee on Civil Jury Instructions, 2007-2014

**Education**

- Hendrix College and University of Colorado, B.A., 1979
- University of Arkansas at Little Rock, J.D., 1983

**Civil Service**

- Member, Arkansas State Board of Education, 2008-2015
- Member, Arkansas House of Representatives, 2001-2006
- Arkansas Chapter of the Sierra Club, Chapter Vice Chair 1996-1997
- Quapaw Council of the Boy Scouts of America, Board Member 1995-2000
- Arkansas Wildlife Federation, Board Member 1990-1995

**Honors & Awards**

- A/V Rated Martindale Hubbell
- Arkansas Trial Lawyers Association, Consumer Advocate Award-2002
- Arkansas Times "Best Lawyers in Arkansas", Best Environmental Lawyer, 2000
- Mid-South Superlawyers, Environmental Law
- 

2. **Tom Mars:** https://www.fridayfirm.com/en/attorney/tmars/



**Thomas A. Mars** is a highly experienced Arkansas trial lawyer who served for seven years as General Counsel of Wal-Mart Stores, Inc. and four years as Chief Administrative Officer of Walmart U.S. In his role as General Counsel, Tom was responsible for an enormous portfolio of legal matters, which included thousands of lawsuits and dozens of class actions. In his role as CAO of Walmart U.S., Tom was responsible for real estate, financial services, human resources, labor relations, external relations, and compliance. Before joining Walmart, Tom served as Director of the Arkansas State Police.

The breadth and depth of Tom's experience makes him uniquely qualified to represent individual and corporate clients in virtually any type of significant litigation, to counsel

business clients in times of crisis, and to represent clients in matters that involve enforcement actions by government agencies. In the litigation arena, Tom's accomplishments have included a number of seven-figure jury verdicts and eight-figure settlements and the successful defense of corporate defendants in high-stakes, complex litigation. His private practice experience includes business torts and contract disputes, class actions, RICO, defamation, civil rights, medical malpractice, FOIA, administrative law claims and the representation of clients in federal criminal and civil investigations.

Education

- J.D., University of Arkansas School of Law
    - Graduated first in class
    - Editor-in-Chief of the Law Review
    - Top score on Arkansas Bar Exam
- B.A., Criminology, Arkansas State University

3. **Jack Butt:** https://davis-firm.com/wm-jackson-jack-butt-ii/



- Business Organization and Commercial Law
- Estate Planning and Administration
- Commercial and Estate Litigation
- Real Estate
- Taxation
- Construction Law
- Labor and Employment Law
- Bankruptcy and Debtor/Creditors Rights
- Environmental Litigation
- Professional Liability Defense

William Jackson 'Jack' Butt II was born in Fayetteville, Arkansas, in 1950. Jack was admitted to the Virginia bar in 1975 and the Arkansas bar in 1981. He received his B.A. in 1972 from the University of Virginia and his J.D. with Honors in 1975 and LL.M. in Taxation in 1979 from The National Law Center of George Washington University. He joined the firm in 1981 after four years' practice with the Army Judge Advocate General's Corps and two years' private practice in Fairfax, Virginia. Jack regularly litigates in state and federal courts and before various administrative agencies. He was first qualified as an Arkansas Board Recognized Tax Specialist in 1986; has been rated AV-Preeminent by Martindale-Hubbell since 1994; was recognized by the Arkansas Times 1995 and 2000 polls as one of the top 10 business lawyers in Arkansas; and is listed in **Best Lawyers in America** in Trusts and Estates and Trusts and Estates Litigation, and in **Super Lawyers** in Closely Held Business. Jack was President of the Washington County Bar Association in 1996-1997; served as President of the Northwest Arkansas Estate Planning Council from 2004-2006; and is an emeritus member of the William B. Putman Inns of Court, serving as President 2010-2011. He received the Arkansas Bar Association's Outstanding Lawyer Citizen Award for 1999-2000. Jack is a member of the Washington County and Arkansas Bar Associations, and is admitted to practice before the United States Tax Court and the United States Supreme Court.

Dated: June 11, 2018

Respectfully submitted,

/s/ *Marc R. Stanley*
Marc R. Stanley (admitted *pro hac vice*)
marcstanley@mac.com
Martin Woodward (admitted *pro hac vice*)
mwoodward@stanleylawgroup.com
**STANLEY LAW GROUP**
6116 N. Central Expressway, Suite 1500
Dallas, Texas 75206
214.443.4300
214.443.0358 (fax)

Woodson W. Bassett III
Arkansas Bar No. 77006
wbassett@bassettlawfirm.com
James Graves
Arkansas Bar No. 95172
jgraves@bassettlawfirm.com
**BASSETT LAW FIRM LLP**
221 North College Avenue
P.O. Box 3618
Fayetteville, Arkansas 72702
479.521.9996
479.521.9600 (fax)

*Counsel for Plaintiffs and the Class*

>Tom Mills (admitted *pro hac vice*)
>tmills@millsandwilliams.com
>**MILLS AND WILLIAMS, LLP**
>5910 N. Central Expressway, Suite 980
>DALLAS, TEXAS 75206
>214.265.9265
>214.361.3167 (FAX)
>
>*Of Counsel for Plaintiffs and the Class*

## Certificate of Service

The undersigned hereby certifies that true and correct copies of the foregoing were served on June 11, 2018, on the following counsel of record via the method indicated:

| | |
|---|---|
| Harriet E. Miers, via email: | hmiers@lockelord.com |
| Robert T. Mowrey, via email: | rmowrey@lockelord.com |
| Paul F. Schuster, via email: | pschuster@lockelord.com |
| Cynthia K. Timms, via email: | ctimms@lockelord.com |
| Matthew H. Davis, via email: | mdavis@lockelord.com |
| Steven Shults, via email: | sshults@shultslaw.com |
| John T. Adams, via email: | jadams@shultslaw.com |

>/s/ *Marc R. Stanley*
>Marc R. Stanley