IN THE UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF ARKANSAS
FAYETTEVILLE DIVISION

| | | |
|---|---|---|
| GARLAND D. MURPHY, III, M.D., and PHYLLIS MURPHY, individually and on behalf of all others similarly situated, | § § § § § § | |
| PLAINTIFFS, | § § | CASE NO. 5:17-CV-5035 TLB |
| v. | § § § | |
| GOSPEL FOR ASIA, INC., *et al.* | § § | |
| DEFENDANTS. | § | |

## AGREED MOTION FOR EXTENSION OF TIME

Plaintiffs Garland D. Murphy, III, M.D. and Phyllis Murphy and Defendants Gospel for Asia, Inc., Gospel for Asia-International[1], K.P. Yohannan, Gisela Punnose, Daniel Punnose, David Carroll, and Pat Emerick, move the Court to extend the following deadlines:

1.    The parties agree that Defendants' deadline to provide expert witness disclosures and written reports for merits experts is extended to October 18, 2018;

2.    The parties agree that Plaintiffs' deadline to provide disclosures and written reports of rebuttal experts is extended to November 16, 2018;

3.    The parties agree that the discovery deadline for purposes of depositions of disclosed experts is extended to December 21, 2018;

4.    The current deadlines set forth in the Court's June 5, 2017 Case Management Order for items 1, 2, and 3 above have not expired;

5.    The requested extensions will not prejudice any party or cause any unreasonable delay.

---

[1] Defendants' position is that Gospel for Asia-International is nonexistent and lacks capacity to be sued.  *See* Fed. R. Civ. P. 9.

6.      Local Rule 7.2(d) states that no brief in support of this motion is required.

WHEREFORE, the parties pray that the Court grant this motion and extend the deadlines as set forth herein.

Date: September 28, 2018                          Respectfully submitted by:

/s/ Marc R. Stanley (with permission by RTM) ____
Marc R. Stanley (admitted *pro hac vice*)
marcstanley@mac.com
Martin Woodward (admitted *pro hac vice*)
mwoodward@stanleylawgroup.com
**STANLEY LAW GROUP**
6116 N. Central Expressway, Suite 1500
Dallas, Texas 75206
214.443.4300
214.443.0358 (fax)

Woodson W. Bassett III
Arkansas Bar No. 77006
wbassett@bassettlawfirm.com
James Graves
Arkansas Bar No. 95172
jgraves@bassettlawfirm.com
**BASSETT LAW FIRM LLP**
221 North College Avenue
P.O. Box 3618
Fayetteville, Arkansas 72702
479.521.9996
479.521.9600 (fax)

Tom Mills (admitted *pro hac vice*)
tmills@millsandwilliams.com
**MILLS AND WILLIAMS, LLP**
5910 N. Central Expressway, Suite 980
DALLAS, TEXAS 75206
214.265.9265
214.361.3167 (FAX)

**COUNSEL FOR PLAINTIFFS AND THE CLASS**

/s/ Robert T. Mowrey

Harriet E. Miers (admitted *pro hac vice*)
Texas Bar No. 0000067
hmiers@lockelord.com
Robert T. Mowrey (admitted *pro hac vice*)
Texas Bar No. 14607500
rmowrey@lockelord.com
Paul F. Schuster (*admitted pro hac vice*)
Texas Bar No. 00784931
pschuster@lockelord.com
Matthew H. Davis (*admitted pro hac vice*)
Texas Bar No. 24069580
mdavis@lockelord.com
**LOCKE LORD LLP**
2200 Ross Avenue, Suite 2800
Dallas, Texas 75201
T: (214) 740-8000

– and –

Steven Shults (Ark. Bar No. 78139)
sshults@shultslaw.com
John T. Adams (Ark. Bar No. 2005014)
jadams@shultslaw.com
**SHULTS & ADAMS LLP**
200 West Capitol Avenue, Suite 1600
Little Rock, Arkansas 72201
T: (501) 375-2301

**ATTORNEYS FOR DEFENDANTS**

## CERTIFICATE OF SERVICE

I certify that on September 28, 2018, I filed this document using the Court's Case Management/Electronic Case Filing ("CM/ECF") system, which will automatically transmit a Notice of Electronic Filing to Plaintiffs' counsel of record, who are registered Filing Users. Transmission of the Notice of Electronic Filing through the CM/ECF system constitutes service of this document as contemplated by Rule 5 of the Federal Rules of Civil Procedure.  *See* W.D. Ark. L.R. 5.2.

*/s/ Robert T. Mowrey*