IN THE UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF ARKANSAS
FAYETTEVILLE DIVISION

| | | |
|---|---|---|
| GARLAND D. MURPHY, III, M.D., and PHYLLIS MURPHY, Individually and on behalf of all others similarly situated | | PLAINTIFFS |
| v. | CASE NO. 5:17-CV-5035 | |
| GOSPEL FOR ASIA, INC.; GOSPEL FOR ASIA-INTERNATIONAL; K.P. YOHANNAN; GISELA PUNNOSE; DANIEL PUNNOSE; DAVID CARROLL; and PAT EMERICK | | DEFENDANTS |

## ORDER

Currently before the Court is Class Representatives Garland D. Murphy, III, M.D.'s and Phyllis Murphy's Motion for Approval of Proposed Plan of Notice (Doc. 140). The proposed forms of notice are attached to the Motion. *See* Docs. 140-1, 140-2. According to the Motion, Defendants have reviewed the notice plan and forms of proposed notice and have no objections.

Upon due consideration, **IT IS ORDERED** that the Motion for Approval of Proposed Plan of Notice (Doc. 140) is **GRANTED**. The Court finds that the proposed Notice meets the requirements of Federal Rule of Civil Procedure 23(c)(2)(B), and Class Counsel is granted leave to distribute the Notice to class members in the manner set forth in the Motion and attached Exhibits.

IT IS SO ORDERED on this 18th day of October, 2018.

/s/ Timothy L. Brooks
TIMOTHY L. BROOKS
UNITED STATES DISTRICT JUDGE