IN THE UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF ARKANSAS
FAYETTEVILLE DIVISION

GARLAND D. MURPHY, III, M.D., and
PHYLLIS MURPHY, Individually and on
behalf of all others similarly situated                          PLAINTIFFS

v.                              CASE NO. 5:17-CV-5035

GOSPEL FOR ASIA, INC.; GOSPEL FOR ASIA-INTERNATIONAL;
K.P. YOHANNAN; GISELA PUNNOSE; DANIEL PUNNOSE;
DAVID CARROLL; and PAT EMERICK                                   DEFENDANTS

## ORDER

Currently before the Court is Special Master David R. Cohen's Motion to Retain Forensic Accountant (Doc. 155). The Motion seeks Court approval to retain Quentin L. Mimms, CPA, to serve as a forensic accountant and Whitney Perry, CPA, to serve as his assistant. The Special Master seeks to hire these individuals to help him complete the duties assigned to him in the appointment order (Doc. 135). The Motion indicates that the parties have consented to this appointment.

Given the Court's statement in the appointment order that such a forensic accountant would likely be necessary to help the Special Master complete his duties, *see* Doc. 135, p. 16 n.5, and the fact that the parties are in agreement, the Court finds sufficient grounds to **GRANT** the Special Master's Motion to Retain a Forensic Accountant (Doc. 155).

**IT IS THEREFORE ORDERED** that the Special Master is given leave to retain the following individuals to serve as forensic accountants and to aid him in performing his duties:

1

*As Forensic Accountant*:

Quentin L. Mimms
Managing Director
Alvarez & Marsal Disputes and Investigations, LLC
2100 Ross Avenue, 21st Floor
Dallas, TX 75201
214.438.8454
qmimms@alvarezandmarsal.com

*As Assistant to Forensic Accountant*:

Whitney Perry
Senior Associate
Alvarez & Marsal Disputes and Investigations, LLC

**IT IS FURTHER ORDERED** that Mr. Mimms shall be compensated at a rate of $725.00 per hour, and Ms. Perry will be compensated at $325.00 per hour. Any expenses incurred by these individuals shall be recorded and reported as expenses of the Special Master. (Doc. 135, p. 21).

**IT IS FURTHER ORDERED** that the Clerk is directed to add Quentin Mimms to the electronic docket of this case so that he will receive notifications of docket filings.

**IT IS SO ORDERED** on this 20th day of December, 2018.

_____
TIMOTHY L. BROOKS
UNITED STATES DISTRICT JUDGE