# Exhibit 1

**Summary of unreimbursed expenses incurred by Class Counsel, by category**

*Murphy v. Gospel for Asia, Inc., et al.*, 5:17-cv-5035 ELW

Audio/Video ............................................................................. $10,857.67

Copies ................................................................................... $139.44

Document Management ............................................................. $127,882.15

Private Mediation ..................................................................... $7,000.00

Postage & Delivery ................................................................... $387.27

Experts/Professional Fees ........................................................ $269,423.80

Research/Investigation ............................................................. $266,683.78

Travel .................................................................................... $47,378.93

Transcription ........................................................................... $23,415.83

**Grand Total** ........................................................................ **$753,168.8**7