United States District Court
Western District of Arkansas
Fayetteville Division

| | |
|---|---|
| Garland D. Murphy, III, M.D., <br> and Phyllis Murphy, <br> individually and on behalf of <br> all others similarly situated, <br><br> Plaintiffs, <br><br> v. <br><br> Gospel for Asia, Inc., <br> Gospel for Asia-International, <br> K.P. Yohannan, Gisela Punnose, <br> Daniel Punnose, David Carroll, <br> and Pat Emerick, <br><br> Defendants. | Case no. **5:17-CV-5035 ELW** |

## Plaintiffs' Motion for
## Final Approval of Class Action Settlement

Pursuant to Rule 23(e) of the Federal Rules of Civil Procedure, Plaintiffs Garland D. Murphy, III, MD and Phyllis Murphy ("Plaintiffs"), on behalf of themselves and all others similarly situated (the "Class"), respectfully submit this Motion for Final Approval of Class Action Settlement. Defendants Gospel for Asia, Inc., K.P. Yohannan, Gisela Punnose, Daniel Punnose, David Carroll, and Pat Emerick (collectively, "Defendants") do not oppose the relief requested in this motion.

For the reasons set forth in Plaintiffs' accompanying Memorandum of Law in Support, Plaintiffs respectfully request the Court to enter the proposed Final Order and Judgment previously submitted to the Court, which finally approves the Settlement Agreement and Release.

Dated:  June 5, 2019                              Respectfully submitted,

/s/ *Marc R. Stanley*
Marc R. Stanley (admitted *pro hac vice*)
marcstanley@mac.com
Martin Woodward (admitted *pro hac vice*)
mwoodward@stanleylawgroup.com
**STANLEY LAW GROUP**
6116 N. Central Expressway, Suite 1500
Dallas, Texas 75206
214.443.4300
214.443.0358 (fax)

Woodson W. Bassett III
Arkansas Bar No. 77006
wbassett@bassettlawfirm.com
James Graves
Arkansas Bar No. 95172
jgraves@bassettlawfirm.com
**BASSETT LAW FIRM LLP**
221 North College Avenue
P.O. Box 3618
Fayetteville, Arkansas 72702
479.521.9996
479.521.9600 (fax)

*Counsel for Plaintiffs and the Class*

Tom Mills (admitted *pro hac vice*)
tmills@millsandwilliams.com
**MILLS AND WILLIAMS, LLP**
5910 N. Central Expressway, Suite 980
DALLAS, TEXAS 75206
214.265.9265
214.361.3167 (FAX)

*Of Counsel for Plaintiffs and the Class*

## Certificate of Service

The undersigned hereby certifies that on June 5, 2019, I electronically filed the foregoing document via the Court's ECF system and notice of this filing was sent via ECF by e-mail to the following counsel of record:

| | |
|---|---|
| Harriet E. Miers, via email: | hmiers@lockelord.com |
| Robert T. Mowrey, via email: | rmowrey@lockelord.com |
| Paul F. Schuster, via email: | pschuster@lockelord.com |
| Cynthia K. Timms, via email: | ctimms@lockelord.com |
| Matthew H. Davis, via email: | mdavis@lockelord.com |
| Steven Shults, via email: | sshults@shultslaw.com |
| John T. Adams, via email: | jadams@shultslaw.com |

/s/ *Marc R. Stanley*
Marc R. Stanley